UNITED STATES DISTRICT COURT SCAN INDEX SHEET



cg

96cr626

cr

3

96626

1

USA

Piazza

crinfo.

3/28/96

J - Presiding Judge

```
                                              FILED
                                           MAR 28 1996
                UNITED STATES DISTRICT COURT
                                      CLERK, U.S. DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
                                      BY _____ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. |
| Plaintiff, ) | I N F O R M A T I O N  '96 626 J |
| v. ) | Title 18, U.S.C., |
| NICOLAS A. PIAZZA, ) | Sec. 2252(a)(4)(B), Possession of Child Pornography |
| Defendant, ) | |

The United States Attorney charges:

On and about February 27, 1995, within the Southern District of California, defendant NICOLAS A. PIAZZA, did knowingly possess three or more magazines, periodicals and other matter, which contained visual depictions that had been mailed and transported and shipped in interstate and foreign commerce, and which were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce, and the production of said visual depictions involved the use of minors under the age of eighteen engaged in sexually explicit conduct, and such visual depictions were of such conduct, to wit:

| Magazine Title | Summary of Content |
|---|---|
| 1. BAMBINA: SEX | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults. |
| | Publisher: Exim Trading Rantzausgade 2 - DK 2200 N. Denmark |

| Magazine Title | Summary of Content |
|---|---|
| 2. BAMBINA: SEX | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults.<br><br>Publisher: Exim Trading Rantzausgade 2 - DK 2200 N. Denmark |
| 3. BAMBINA: SEX | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults.<br><br>Publisher: Exim Trading Rantzausgade 2 - DK 2200 N. Denmark |
| 4. BAMBINA: SEX | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults.<br><br>Publisher: Exim Trading Rantzausgade 2 - DK 2200 N. Denmark |
| 5. BAMBINA: SEX | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults.<br><br>Publisher: Exim Trading Rantzausgade 2 - DK 2200 N. Denmark |

| Magazine Title | Summary of Content |
|---|---|
| 6. Children-Love | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults.<br><br>Publisher: Kinder-Liebe 25 |
| 7. Children-Love | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults.<br><br>Publisher: Kinder-Liebe 26 |
| 8. Children-Love | Females under the age of 18 years old depicted in lascivious poses exposing the genitals and performing oral-genital sex and other sexually explicit conduct with adults.<br><br>Publisher: Kinder-Liebe 27 |

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

DATED: March 28, 1996.

ALAN D. BERSIN
United States Attorney

*(signature)*

DEBRA R. TORRES-REYES
Assistant U.S. Attorney