USDC SCAN INDEX SHEET






USA

PIAZZA

TB
3:96-CR-00626
*9*
*CRSTIPO.*

STEPHEN R. BRODSKY
Attorney At Law, State Bar #137848
1010 Second Avenue, Suite 1906
San Diego, CA 92101

Attorney for Defendant, Nicholas A. Piazza

FILED
AUG 28 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Bancroft DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE NAPOLEON JONES

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NICHOLAS A. PIAZZA, Defendant. | Criminal No. 96-626-J<br><br>DATE: October 1, 1996<br>TIME: 8:15 a.m.<br><br>STIPULATION TO CONTINUE MOTION HEARING DATE; ACKNOWLEDGMENT; ORDER |

It is hereby stipulated by and between the parties in the above-entitled matter that the motion hearing date originally set for October 1, 1996 at 8:15 p.m. in this court be continued to November 18, 1996 at 8:15 a.m. in the same court.

## DECLARATION OF COUNSEL

I, Stephen R. Brodsky, Esq., Declare I am the attorney of record for defendant, Nicholas A. Piazza.

Because of several Jury trials to commence in October 1996, I will need additional time to prepare objections to the Pre Sentencing Report and the Sentencing Memorandum.

I contacted Assistant United States Attorney Debora Torres-Reyes and requested a stipulation to continue the October 1, 1996 sentencing. Ms. Torres-Reyes stated she would stipulate to a reasonable continuance of the defendant's sentencing. Ms. Torres-Reyes subsequently agreed to attached stipulation to continue defendant's sentencing to November 19, 1996.

I contacted Deputy Clerk Loretta Smith on July 26, 1996, who advised me that November 18, 1996 would be the most convenient date for the continuance.

I swear under penalty of perjury, that all of the forgoing is true and correct.

Stephen R. Brodsky, Esq.
Attorney for Defendant,
Nicholas, A. Piazza

Dated: 07/26/96

_____
STEPHEN R. BRODSKY
Attorney for Defendant,
Nicholas A. Piazza

Dated: 8/23/96

_____
DEBRA R. TORRES-REYES
Assistant U.S. Attorney

I acknowledge and hereby approve of the stipulation as set forth above:

Dated: 24 Jul 96

_____
NICHOLAS A. PIAZZA

Dated: August 26, 1996  SO ORDERED _____
HONORABLE NAPOLEON JONES