USDC SCAN INDEX SHEET







USA

PIAZZA

ACR
3:96-CR-00626
*15*
*CRJGMCOMXC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

NICOLAS A. PIAZZA (1)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE NO. 96-0626-J

STEVEN BRODSKY

Defendant's Attorney

THE DEFENDANT:

_X_ pleaded guilty to count(s) __ONE OF THE INFORMATION.__

___ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 18 USC 2252(a)(4)(B) | POSSESSION OF CHILD PORNOGRAPHY | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_X_ Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $ 50.00 which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

NOVEMBER 18, 1996
Date of Imposition of Sentence

NAPOLEON A. JONES, JR.
United States District Judge

I hereby attest and certify on 11/19/96
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
ROBERTA WESTDAL
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

DEFENDANT: PIAZZA (1)                                    JUDGEMENT PAGE 2  OF 4
CASE NUMBER: 96-0626-J
                            **SUPERVISED PROBATION**

Upon release from imprisonment, the defendant shall be on supervised probation for a term of   THREE (3) YEARS  .

   The defendant shall report to the probation office in the district to which the defendan is released within 72 hours of release from the custody of the Bureau of Prisons.

   The defendant shall not commit another federal, state, or local crime.
   The defendant shall not illegally possess a controlled substance.
   *For offenses committed on or after September 13, 1994:*

      The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer

      __x__ The above drug testing condition is suspended based on the court's determinatio that the defendant poses a low risk of future substance abuse.  (Check if applicable.

   __X__ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.  (Check, if applicable.)

   If this judgment imposes a fine or a restitution obligation, it shall be a condition o supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.
   The defendant shall comply with the standard conditions that have adopted by this cour (set forth below).  The defendant shall comply with the additional conditions on the attached page (if indicated below).

                        **STANDARD CONDITIONS OF SUPERVISION**
1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)     the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plai view of the probation officer;
11)     the defendant shall notify the probation officer within seventy-two hours of bein arrested or questioned by a law enforcement officer;
12)     the defendant shall not enter into any agreement to act as an informer or a specia agent of a law enforcement agency without the permission of the court;
13)     as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal histor or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

```
=====================================================================
```
DEFENDANT: PIAZZA (1)                                      PAGE 3 OF 4
CASE NUMBER: 96-0626-J

## SPECIAL CONDITIONS OF SUPERVISION

- **X**    Two (2) months of Home Detention; maintain employment, continue activity in church, allowed to make medical appointments.

- **X**    Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer;

- **X**    Not possess firearms, explosive devices, or other dangerous weapons.

- **X**    Participate in a program of mental health treatment if directed by the by the Probation Officer.

- **X**    Register as a convicted sex offender pursuant to California Penal Code section 290.

- **X**    Additionally, it is recommended that the statutorily mandated drug testing condition be suspended.

DEFENDANT: PIAZZA (1)                                         Judgment - Page 4 of 4
CASE NUMBER: 96-0626-J

## FINE

The defendant shall pay a fine in the amount of $ 4,000.00 , payable forthwith or through the Inmate Financial Responsibility Program during the period of incarceration, with the payment of any remaining balance to be made following the defendant's release from prison.

X   The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

   x   The interest requirement is waived.
   ___ The interest requirement is modified as follows: